IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-00182-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. LETA HARDING-TUBBS,
    a/k/a Leta Tawnette Harding,

    Defendant.

---

## ORDER DIRECTING DEFENDANT TO CURE DEFICIENCY

---

The Court has determined that the Petition for Writ of Habeas Corpus (Doc. 70) asserts 28 U.S.C. § 2241 claims. However, the submitted document is not on the proper form. Therefore, it is

ORDERED Defendant's Petition for Writ of Habeas Corpus (Doc. 70) is hereby dismissed without prejudice. Should Plaintiff wish to refile her habeas petition, she shall do so using the Court-approved APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241, and following the applicable instructions for such filing, both of which can be found at www.cod.uscourts.gov.

DATED: October 18, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge